**IN THE UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT**

**UNITED STATES OF AMERICA,**
    *Plaintiff-Appellee*,

**vs.**

                                                      Docket No. : 15-4488

**EMMITH MARREL SNELL,**
    *Defendants-Appellants*.

**APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE THE JOINT APPENDIX AND OPENING BRIEF**

    **COMES NOW**, your Appellant, **EMMITH MARREL SNELL,** by and through the undersigned counsel, and respectfully moves this Court for an extension of time in which to file the Opening Brief and Joint Appendix from its currently scheduled due date of January 5, 2016 to March 4, 2016.

    As grounds in support of this Motion, Appellant states as follows:

1) Counsel for Appellant is counsel for a number of appellants with cases currently pending before this Fourth Circuit Court of Appeals.

2) Your movant has filed a number of Opening Briefs and/or Joint Appendices in other cases pending before this Court since about June 2015 and thereafter through October 23, 2015.

3) Furthermore, your movant handled a four (4) day criminal jury trial in the State Courts of North Carolina, commencing on September 8, 2015 and concluding on September 11, 2015.

4) Your movant handled another criminal jury trial in the State Courts of North Carolina, during the week of October 26, 2015 and that trial concluded on October 30, 2015.

5) Your movant handled a lengthy criminal jury trial in the State Courts of North Carolina, which commenced on November 16, 2015 and concluded on November 24, 2015.

6) That as a result of all the demands on my time, your movant has not been able to complete assembling the Joint Appendix and writing the Opening Brief.

7) These demands on my time have been complicated by some ongoing medical issues involving your movant.

8) On Christmas day 2015, your movant cracked a tooth. Attempts to save the tooth between Christmas day 2015 and today's date failed.

9) As a result, your movant underwent a medical procedure this afternoon resulting in extraction of the tooth and administration of heavy doses of pain medications during and after the medical procedure.

10) Your movant has a follow up appointment with her medical provider tomorrow and may commence the procedure of a dental implant.

11) As an additional fact, your movant is scheduled to start a criminal jury trial in the State Courts of North Carolina during the week of January 11, 2016 and another one during the week of January 19, 2016

12) That your movant is a solo practitioner and has no support staff to assist her in these matters.

13) Your movant needs an additional sixty (60) day extension of time in order to complete and file the Opening Brief and Joint Appendix in this matter.

14) That your movant has informed the Assistant U.S. Attorney, Amy Elizabeth Ray, who is handling this case on behalf of the United States, that this Motion will be filed and she has no objection to the "Motion to Extend Time."

15) That no one would be prejudiced by the granting of this motion.

16) That it is in the interest of justice that this motion be granted in its entirety.

17) That appellant have such other and further relief as to this court is just and proper.

**WHEREFORE,** Appellant requests a sixty (60) day enlargement of time from January 5, 2016 to March 4, 2016 in which to file the Joint Appendix and Opening Brief.

This the 5th day of January, 2016.

                                            Respectfully Submitted,

                                            <u>S/Chiege O. Kalu Okwara</u>
                                            Chiege O. Kalu Okwara
                                            Ballantyne One
                                            15720 Brixham Hill Avenue
                                            Suite # 300
                                            Charlotte, North Carolina 28277
                                            (704) 944-3221 (tel)
                                            (704) 749-9482 (fax)

                                            Counsel for the Appellant,
                                                 EMMITH MARREL SNELL

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of January, 2016, I served, by served by **electronic filing**, a complete copy of this Motion to Extend Time on the parties addressed as follows: Amy Elizabeth Ray, Assistant U.S.Attorney, at Amy.Ray@usdoj.gov.
JILL WESTMORELAND ROSE,
ACTING UNITED STATES ATTORNEY
Room # 233, U.S. Courthouse
100 Otis Street
Asheville, North Carolina 28801

*Counsel for Appellee*

This the 5th day of January, 2016

        S/Chiege O. Kalu Okwara
       Chiege O. Kalu Okwara
        Ballantyne One
       15720 Brixham Hill Avenue
        Suite 300
       Charlotte, North Carolina 28277
       (704) 944-3221 (tel)
       (704) 749-9482 (fax)

       Counsel for the Appellant