FILED: January 25, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4488
(3:14-cr-00073-FDW-5)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

EMMITH MARREL SNELL

      Defendant - Appellant

_____

O R D E R
_____

The court grants an extension of the briefing schedule. Any further request for an extension of time in which to file the opening brief and joint appendix shall be disfavored. The briefing schedule is extended as follows:

    Appendix due: 02/09/2016

    Opening brief due: 02/09/2016

    Response brief due: 03/04/2016

    Any reply brief: 10 days from service of response brief.

Additionally, the court grants the motion to exceed limitations for the appendix. The appendix may not exceed 900 pages.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk